UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X    07CV4476 (AKH)
JULIO JALIL,

                        Plaintiffs,

    - against –

                                                     ANSWER

                        Defendants.

------------------------------------------------------------------------X

110 CHURCH LLC, 4101 AUSTIN BLVD CORPORATION,
ALAN KASMAN DBA KASCO, AMBIENT GROUP, INC.,
ANN TAYLOR STORES CORPORATION, BATTERY PARK
CITY AUTHORITY, BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., CUNNINGHAM DUCT CLEANING CO. INC.,
ENVIROTECH CLEAN AIR, INC., GENERAL RE SERVICES CORP., GPS
ENVIRONMENTAL CONSULTANTS, INC., GRUBB & ELLIS MANAGEMENT
SERVICES, HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR AIR PROFESSIONALS INC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO.,
LAW ENGINERRING P.C., MERRILL LYNCH & CO. INC.,
MOODY'S HOLDINGS INC., NOMURA HOLDING AMERICA,
INC., NOMURA SECURITIES INTERNATIONAL, INC., ONE WALL
STREET HOLDINGS, LLC., ROYAL AND SUNALLIANCE INSURANCE
GROUP, PLC, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL
SERVICES, INC., THE BANK OF NEW YORK COMPANY, INC,. THE
CITY UNIVERSITY OF NEW YORK, TOSCORP INC., TRC ENGINEERS,
INC., VERIZON COMMUNICATIONS, INC., VERIZON NEW YORK INC.,
VERIZON PROPERTIES INC., WESTON SOLUTIONS, INC., WFP TOWER
B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B.
CO., L.P., WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING
CO. II L.P., WFP TOWER D HOLDING I G.P. CORP., WFP TOWER D.
CO., L.P., AND ZAR REALTY MANAGEMENT CORP., ET AL

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
September 14, 2007

> Yours, etc.
>
> FRIEDMAN, HARFENIST, LANGER & KRAUT
> Attorneys for Defendant –Envirotech
> 3000 Marcus Avenue, Suite 2E1
> Lake Success, New York 11042
> (516) 775-5800
>
> BY: _____
> Heather L. Smar (4622)