UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER          :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
:
:
-------------------------------------------------------------------X
JULIO JALIL AND CHARINIL JALIL,         :  07-CV-04476-AKH
:
             Plaintiffs,               :
:  **APPEARANCE**
  - against -                          :
:
100 CHURCH, LLC, *et al.*,              :  **ELECTRONICALLY FILED**
:
             Defendants.               :
-------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York         DICKSTEIN SHAPIRO LLP
       October 3, 2007

                                     By:    /s/ Judith R. Cohen
                                                         _____
                                           Judith R. Cohen (JC-8614)
                                           1177 Avenue of the Americas
                                           New York, New York 10036
                                           Phone: (212) 277-6500
                                           Fax: (212) 277-6501

                                           *Attorney for Defendant*
                                           MERRILL LYNCH & CO., INC.