UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                    21 MC 102 (AKH)

_____

JULIO JALIL AND CHARINIL JALIL,                       07-CV-4476 (AKH)

                          Plaintiffs,                 **NOTICE OF TRC
                                                      ENGINEERS, INC.'S
      -against-                                       ADOPTION OF ANSWER
                                                      <u>TO MASTER COMPLAINT</u>**
100 CHURCH, LLC, ET. AL.,

                          Defendants.

_____

      PLEASE TAKE NOTICE THAT Defendant TRC Engineers, Inc. ("TRC"), as and for its

response to the allegations set forth in the Amended Complaint by Adoption ("Amended Check-

Off Complaint") Related to the Master Complaint filed in the above referenced action, hereby

adopts TRC's Answer to Master Complaint dated August 1, 2007, which was filed in the matter

of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH). To

the extent that TRC's Answer to the Master Complaint does not comprehensively address any of

the specific allegations within the Amended Check-Off Complaint in the above-captioned matter,

TRC denies knowledge or information sufficient to form a belief as to the truth of such specific

allegations. TRC further reserves its right to assert cross-claims against its co-defendants to the

extent such cross-claims are not already deemed to have been asserted by court order.

      WHEREFORE, TRC demands judgment dismissing the above-captioned action as

against it, together with its costs and disbursements.

Dated: Albany, New York
       December 6, 2007

WHITEMAN OSTERMAN & HANNA LLP

By: _____

John J. Henry (JH-7137)
William S. Nolan (WN-8091)
Attorneys for Defendant TRC Engineers, Inc.
One Commerce Plaza
Albany, New York 12260
(518) 487-7600

W:\I2000\I2049\Pleadings\TRC's Notices of Adoption of Answer to Master Complaint\Jafil, Julio & Charinil (Amended COC) 07-CV-4476.doc

2

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc.'s Notice of Adoption of Answer and Defenses to Master Complaint was served this 6th day of December, 2007, via ECF upon the ECF participants.

_____
Carrie L. Lalyer

W:\12000\12049\Pleadings\TRC's Notices of Adoption of Answer to Master Complaint\Jalil, Julio & Charinil (Amended COC) 07-CV-4476.doc

3