UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
IN RE: WORLD TRADE CENTER LOWER          : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LOCATION
                                                                 : ELECTRONICALLY FILED
                                                                 :
-----------------------------------------------------------------x
JULIO JALIL (AND WIFE, CHARINIL          :
JALIL),                                                            Case No.: 07CV4476 (AKH)
                                                                 :
           Plaintiff,                                              **NOTICE OF ADOPTION OF**
      v.                                                 :         **MASTER ANSWER BY**
                                                                   **DEFENDANT JPMORGAN**
100 CHURCH, LLC, ET. AL.,                :                         **CHASE BANK N.A.**

           Defendants.
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE THAT defendant JPMorgan Chase Bank N.A. as and for its responses to the allegations set forth in the Complaint by Adoption (Check-off Complaint) related to the Master Complaint filed in the above referenced action, hereby adopts its Master Answer to the Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      WHEREFORE, defendant JPMorgan Chase Bank N.A. respectfully requests that the above captioned actions be dismissed, with costs, attorneys' fees, disbursements, and such other relief as the Court deems just and proper.

Dated: New York, New York
       December 14, 2007

                                      SATTERLEE STEPHENS BURKE & BURKE LLP

                                      By: /s/James J. Coster_____
                                          James J. Coster (JC-1431)

714233_1

                                                         230 Park Avenue
                                                         New York, New York 10169
                                                         Tel.: (212) 818-9200
                                                         Fax: (212) 818-9606
                                                         Attorneys for Defendant
                                                         JPMorgan Chase Bank N.A.

TO:    Gregory J. Cannata, Esq.
         Law Office of Gregory J. Cannata
         233 Broadway
         New York, NY 10279

         Robert Grochow, Esq.
         Law Office of Robert Grochow
         233 Broadway
         New York, NY 10279

         Christopher LoPalo, Esq.
         Worby Groner Edelman Napoli and Bern
         115 Broadway, 12th Floor
         New York, New York 10006