KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER   21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------x
JULIO JALIL AND CHARINIL JALIL,   DOCKET NO.
   07 CV 4476

            Plaintiffs,

  -against-

100 CHURCH, LLC, 222 BROADWAY, LLC   NOTICE OF
4101 AUSTIN BLVD CORPORATION, 90   APPEARANCE
CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO, AMBIENT
GROUP, INC., ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY AUTHORITY,
BELFOR USA GROUP, INC., BFP ONE LIBERTY
PLAZA CO., LLC., BLACKMON-MOORING STEAMATIC
CATASTOPHE, INC., d/b/a BMS CAT, BOARD OF
MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, L.C.,
BROOKFIELD PARTNERS, L.P.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS, INC.,
CHASE MANHATTAN BANK CORPORATION,
CUNNINGHAM DUCT CLEANING CO.,
CUSHMAN & WAKEFIELD, INC., ENVIROTECH
CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., GRUBB & ELLIS
MANAGEMENT SERVICES, HUDSON
VIEW EAST CONDOMINIUM, HUDSON

VIEW TOWER ASSOCIATES, INDOOR AIR
PROFESSIONALS, INC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION
SERVICES CO., LAW ENGINEERING, P.C.,
MERRILL LYNCH & CO., INC., MOODY'S
HOLDINGS, INC., NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
ONE WALL STREET HOLDINGS, LLC., R Y
MANAGEMENT CO., INC. ROYAL AND SUNALLIANCE
INSURANCE GROUP, PLC., RY MANAGEMENT, STRUCTURE
TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES,
INC., SWISS BANK CORPORATION, THE BANK OF NEW YORK
COMPANY, INC.,THE CITY UNIVERSITY OF NEW YORK,
TOSCORP INC., TRC ENGINEERS, INC., VERIZON NEW YORK
INC., WESTON SOLUTIONS, INC., WFP TOWER B CO., G.P.,
CORP., WFP TOWER B HOLDING CO., L.P., WFP TOWER
B CO., L.P.,WFP TOWER D CO., G.P., CORP., WFP TOWER
D HOLDING CO. I. L.P., WFP TOWER D HOLDING CO.,
II L.P., WFP TOWER D HOLDING I. G.P., CORP., WFP
TOWER D. CO., L.P. WORLD FINANCIAL PROPERTIES,
L.P., and ZAR REALTY MANAGEMENT CORP.,

                                              **Defendants.**

------------------------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

                    **CUNNINGHAM DUCT WORK s/h/i/a**
               **CUNNINGHAM DUCT CLEANING CO., INC.**

    I certify that I am admitted to practice in this court.

Dated: New York, New York
          February 6, 2008                            Kevin G. Horbatiuk
                                                        Kevin G. Horbatiuk (KGH4977)
                                                        Attorneys for Defendant
                                                        **CUNNINGHAM DUCT WORK s/h/i/a**
                                                        **CUNNINGHAM DUCT CLEANING CO.,**
                                                         **INC.,**
                                                         RUSSO, KEANE & TONER, LLP
                                                         26 Broadway, 28th Floor
                                                         New York, New York 10004
                                                         (212) 482-0001
                                                         RKT File No. 824.078

TO:  CHRISTOPHER R. LaPOLA, ESQ.,
     WORBY GRONER EDELMAN & NAPOLI BERN, LLP
     Attorney for Plaintiffs
     **JULIO JALIL AND CHARINIL JALIL**
     115 Broadway 12th Floor
     New York, New York 10006
     (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 6th day of February, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**JULIO JALIL AND CHARINIL JALIL**
115 Broadway 12th Floor
New York, New York 10006

KEVIN G. HORBATIUK