KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER　　　　21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------x
JULIO JALIL AND CHARINIL JALIL,　　　　　　DOCKET NO.
　　　　　　　　　　　　　　　　　　　　　　　07 CV 4476
　　　　　　　　　Plaintiffs,

　　-against-

100 CHURCH, LLC, 222 BROADWAY, LLC　　　　NOTICE OF
4101 AUSTIN BLVD CORPORATION, 90　　　　　ADOPTION OF
CHURCH STREET LIMITED PARTNERSHIP,　　　ANSWER TO
ALAN KASMAN DBA KASCO, AMBIENT　　　　　MASTER COMPLAINT
GROUP, INC., ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY AUTHORITY,
BELFOR USA GROUP, INC., BFP ONE LIBERTY
PLAZA CO., LLC., BLACKMON-MOORING STEAMATIC
CATASTOPHE, INC., d/b/a BMS CAT, BOARD OF
MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, L.C.,
BROOKFIELD PARTNERS, L.P., BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS, INC., CHASE MANHATTAN
BANK CORPORATION, CUNNINGHAM DUCT CLEANING CO.,
CUSHMAN & WAKEFIELD, INC., ENVIROTECH
CLEAN AIR, INC., GPS ENVIRONMENTAL CONSULTANTS,
INC., GRUBB & ELLIS MANAGEMENT SERVICES, HUDSON
VIEW EAST CONDOMINIUM, HUDSON VIEW TOWER
ASSOCIATES, INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,

KASCO RESTORATION SERVICES CO., LAW ENGINEERING, P.C., MERRILL LYNCH & CO., INC., MOODY'S HOLDINGS, INC., NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ONE WALL STREET HOLDINGS, LLC., R Y MANAGEMENT CO., INC. ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC., RY MANAGEMENT, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., SWISS BANK CORPORATION, THE BANK OF NEW YORK COMPANY, INC.,THE CITY UNIVERSITY OF NEW YORK, TOSCORP INC., TRC ENGINEERS, INC., VERIZON NEW YORK INC., WESTON SOLUTIONS, INC., WFP TOWER B CO., G.P., CORP., WFP TOWER B HOLDING CO., L.P., WFP TOWER B CO., L.P.,WFP TOWER D CO., G.P., CORP., WFP TOWER D HOLDING CO. I. L.P., WFP TOWER D HOLDING CO., II L.P., WFP TOWER D HOLDING I. G.P., CORP., WFP TOWER D. CO., L.P. and ZAR REALTY MANAGEMENT CORP.,

          Defendants.

-----------------------------------------------------------------------x

  **PLEASE TAKE NOTICE**, that defendant CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC.("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

  **WHEREFORE**, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
   February 6, 2008

                Kevin G. Horbatiuk
                Kevin G. Horbatiuk (KGH4977)
                Attorneys for Defendant
                **CUNNINGHAM DUCT WORK s/h/i/a**
                **CUNNINGHAM DUCT CLEANING CO., INC.,**
                RUSSO, KEANE & TONER, LLP
                26 Broadway, 28th Floor
                New York, New York 10004
                (212) 482-0001

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
        WORBY GRONER EDELMAN & NAPOLI BERN, LLP
        Attorney for Plaintiffs
        **JULIO JALIL AND CHARINIL JALIL**
        115 Broadway 12th Floor
        New York, New York 10006
        (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 6th day of February, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**JULIO JALIL AND CHARINIL JALIL**
115 Broadway 12th Floor
New York, New York 10006

_____
**KEVIN G. HORBATIUK**