Richard S. Mills, Esq. (RM-0206)
John P. Cookson, Esq. (JPC-9391)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483.9490
*Attorneys for Defendant*
*Moody's Holdings, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| JULIO JALIL (AND WIFE, CHARINIL JALIL), | INDEX NO.: 07-CV-4476 (AKH) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| -against- | |
| 100 CHURCH, LLC, et. al., | **ELECTRONICALLY FILED** |
| Defendants. | |

COUNSELOR:

PLEASE TAKE NOTICE that Defendant, MOODY'S HOLDINGS, INC., by its attorneys,

McElroy, Deutsch, Mulvaney & Carpenter, LLP, hereby appears in the above-entitled action, and

that the undersigned have been retained as attorneys for said defendant and demand that copies of

all papers in this action be served upon the undersigned at the office and address stated below.

Dated: New York, New York
       February 1, 2008

Yours etc.,

McElroy, Deutsch, Mulvaney & Carpenter, LLP

*Attorneys for Defendant*
*Moody's Holdings, Inc.*

By: _____
Richard S. Mills (RM-0206)
John P. Cookson (JPC-9391)
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483.9490

TO:    Worby Groner Edelman & Napoli Bern, LLP
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267.3700

       Gregory J. Cannata, Esq.
       Robert A. Grochow, Esq.
       233 Broadway, 5th Floor
       New York, New York 10279
       (212) 553.9206

       James E. Tyrrell, Jr., Esq.
       Patton Boggs LLP
       One Riverfront Plaza
       Newark, New Jersey 07102
       (973) 848.5600

       Thomas A. Egan, Esq.
       Fleming Zulack Williamson Zauderer, LLP
       One Liberty Plaza
       New York, New York 10006-1404
       (212) 412.9500

## CERTIFICATION OF SERVICE

I hereby certify that on the 1st day of February 2008, I electronically filed the foregoing NOTICE OF APPEARANCE BY DEFENDANT MOODY'S HOLDING, INC., with the Clerk of the Court using the CM/ECF System which sends notification to appearing parties.

McElroy, Deutsch, Mulvaney & Carpenter LLP

By: _____

Richard S. Mills (RM-0206)
John P. Cookson (JPC-9391)
Attorney for Defendant
MOODY'S HOLDINGS, INC.
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483-9490

3