UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------x

JULIO JALIL AND CHARINIL JALIL,

                    Plaintiffs,

- against -

100 CHURCH, LLC, 222 BROADWAY, LLC, 4101 AUSTIN BLVD CORPORATION, 90 CHURCH STREET LIMITED PARTNERSHIP, ALAN KASMAN DBA KASCO, AMBIENT GROUP, INC., ANN TAYLOR STORES CORPORATION, BATTERY PARK CITY AUTHORITY, BELFOR USA GROUP, INC., BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A EMS CAT, BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, BOSTON PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., CHASE MANHATTAN BANK CORPORATION, CUNNINGHAM DUCT CLEANING CO., INC., CUSHMAN & WAKEFIELD, INC., ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., GRUBB & ELLIS MANAGEMENT SERVICES, HJLLMAN ENVIRONMENTAL GROUP, LLC,, HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW TOWERS ASSOCIATES, INDOOR AIR PROFESSIONALS, INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., LAW ENGINEERING P.C., MERRILL LYNCH & CO, INC., MOODYS HOLDINGS, INC., NOMURA HOLDING AMERICA, INC., NOMURA

07CV4476

ANSWER TO
AMENDED
COMPLAINT

SECURITIES INTERNATIONAL, INC., ONE
WALL STREET HOLDINGS, LLC, R Y
MANAGEMENT CO., INC., ROYAL AND
SUNALLIANCE INSURANCE GROUP, PLC, RY
MANAGEMENT, STRUCTURE TONE (UK),
INC., STRUCTURE TONE GLOBAL SERVICES,
INC., SWISS BANK CORPORATION, THE
BANK OF NEW YORK COMPANY, INC., THE
CITY UNIVERSITY OF NEW YORK, TOSCORP
INC., TRC ENGINEERS, INC., VERIZON NEW
YORK, INC, WESTON SOLUTIONS, INC., WFP
TOWER B CO. G.P. CORP., WFP TOWER B
HOLDING CO., LP, WFP TOWER B. CO., L.P.,
WFP TOWER D CO. G.P. CORP., WFP TOWER
D HOLDING CO. I L.P., WFP TOWER D
HOLPING CO. II L.P., WFP TOWER D
HOLDING I GP. CORP., WFP TOWER D. CO.,
L.P., AND ZAR REALTY MANAGEMENT
CORP., ET AL

                                    Defendants.
------------------------------------------------------------------x

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
April 1, 2008

        Yours, etc.

        FRIEDMAN, HARFENIST, LANGER & KRAUT
        Attorneys for Defendant –Envirotech
        3000 Marcus Avenue, Suite 2E1
        Lake Success, New York 11042
        (516) 775-5800

BY: _____
            Heather L. Smar (4622)